# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159259

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DEANDRE SADDERL VICK,
          Defendant-Appellant.

SC: 159259
COA: 344396
Kent CC: 01-002245-FC

_____/

On order of the Court, the application for leave to appeal the December 7, 2018 order of the Court of Appeals is considered. We DIRECT the Kent County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall specifically address whether the trial court considered "the evidence that would be admitted at *retrial*," *People v Johnson*, 502 Mich 541, 571 (2018), which in this case would include newly discovered evidence presented in previous motions for relief from judgment.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



s0926

Clerk